In the United States District Court

for the __Southern__ District of __California__

**04 CR 10313 PBS**

United States of America

v.
KENNETH LANDRY

Criminal No. ~~04CR2406IEG~~

FILED
SEP 2 4 2004
CLERK, U.S. DISTRICT CO[URT]
SOUTHERN DISTRICT OF CA[L]
BY

Consent to Transfer of Case

for Plea and Sentence

(*Under Rule 20*)

I, __KENNETH LANDRY__, defendant, have been informed that an __INFORMATION__ (*indictment, information, complaint*) is pending against me in the above designated cause. I wish to plead __Guilty__ (*guilty, nolo contendere*) to the offense charged, to consent to the disposition of the case in the ____ District of __Massachusetts__ in which I __reside__ (*am under arrest, am held*) and to waive trial in the above captioned District.

Dated: __Sept 6__, 2004 at __Westwood__

__Kenneth W Landry__
(*Defendant*)

__[signature]__
(*Witness*)

__[signature]__
(*Counsel for Defendant*)

I hereby attest and certify on __9/27/04__
That the foregoing document is a full true and correct copy of the original on file in my office and in my legal custody.
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By __[signature]__ Deputy

Approved

__[signature]__
United States Attorney for the
__Michael J Sullivan, USA__ District of
__Massachusetts__

__[signature]__
Asst United States Attorney for the
__Southern__ District of
__California__

3

FORM USA-153
SEP 82