UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES )<br>)<br>v. )<br>)<br>KENNETH LANDRY )<br>Defendant )<br>) | Criminal No. 04-10313-PBS |

NOTICE OF APPEARANCE

I, Robert N. Launie, Esq. do hereby enter my appearance on behalf of the defendant, Kenneth Landry in the above entitled matter.

Respectfully Submitted,

_____
Robert N. Launie, Esquire
1200 East Street
Westwood, MA 02090
(781) 326-9213
BBO# 548826

## CERTIFICATE OF SERVICE

I, Ashlee N. Logan, Esquire do hereby certify and depose that on this the 22nd day of November, I did send a copy of **Notice of Appearance** via first class postage prepaid mail to:

James Lang, Esq.
Assistant US Attorney
John Joseph Moakley United States Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210

_____
Ashlee N. Logan, Esquire