# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

Matt Dykman
Chief Deputy

**FILED**
OCT 21 2004
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIF.

September 27, 2004

To:   CLERK, U.S. DISTRICT COURT
      District of Massachusetts
      2300 United States Courthouse
      One Courthouse Way
      Boston MA 02210-30002

04 CR 10313 PBS

Re Transfer
Criminal Case No. 04cr2406-IEG
U.S.A. vs. Kenneth Landry

To Whom It May Concern:

Pursuant to Rule 20 of the Federal Rules of Criminal Procedure, enclosed are the following:

1)   Certified copy of the Indictment/Information
2)   Certified copy of Consent of Defendant to Transfer
3)   Certified copy of the docket sheet
4)   _____None_____ original bond enclosed

Please acknowledge receipt on the enclosed copy of this letter and return to this district.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By **J. HASLAM**
J. Haslam, Deputy Clerk

cc:   U.S. Attorney, San Diego
      U.S. Attorney, Receiving District

---

Receipt of the above described documents is herewith acknowledged.

I hereby attest and certify on 11/18/05
that the foregoing document is a full, true
and correct copy of the original on file in my office.
CLERK, U.
RN DI

CLERK, U.S. DISTRICT COURT
By _____
Deputy Clerk