In the United States District Court

for the ___Southern___ District of ___California___

United States of America

v.

KENNETH LANDRY

Criminal No. 04CR2406IEG

FILED
SEP 2 4 2004
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Consent to Transfer of Case

for Plea and Sentence

(*Under Rule 20*)

I, ___KENNETH LANDRY___, defendant, have been informed that an ___INFORMATION___ (*indictment, information, complaint*) is pending against me in the above designated cause. I wish to plead ___Guilty___ (*guilty, nolo contendre*) to the offense charged, to consent to the disposition of the case in the District of ___Massachusetts___ in which I ___reside___ (*am under arrest, am held*) and to waive trial in the above captioned District.

Dated: ___Sept 6___ 2004 at ___Westwood___

___(signature)___
(*Defendant*)

___(signature)___
(*Witness*)

___(signature)___
(*Counsel for Defendant*)

I hereby attest and certify on 11/18/05
that the foregoing document is a
full, true and correct copy of the
original on file in my office.
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT
By ___(signature)___

Approved

___(signature)___
United States Attorney for the
___Michael J. Sullivan, USA___ District of
___Massachusetts___

___(signature)___
Asst United States Attorney for the
___Southern___
___California___ District of

FORM USA-153

# UNITED STATES DISTRICT COURT
Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.  
Clerk of Court

Matt Dykman  
Chief Deputy

September 27, 2004

To:   CLERK, U.S. DISTRICT COURT  
District of Massachusetts  
2300 United States Courthouse  
One Courthouse Way  
Boston MA 02210-30002

Re Transfer  
Criminal Case No. 04cr2406-IEG  
U.S.A. vs. Kenneth Landry

To Whom It May Concern:

Pursuant to Rule 20 of the Federal Rules of Criminal Procedure, enclosed are the following:

1) Certified copy of the Indictment/Information  
2) Certified copy of Consent of Defendant to Transfer  
3) Certified copy of the docket sheet  
4) _____None_____ original bond enclosed

Please acknowledge receipt on the enclosed copy of this letter and return to this district.

Sincerely yours,

W. Samuel Hamrick, Jr.  
Clerk of Court

By **J. HASLAM**  
J. Haslam, Deputy Clerk

cc:   U.S. Attorney, San Diego  
U.S. Attorney, Receiving District

---

Receipt of the above described documents is herewith acknowledged.

CLERK, U.S. DISTRICT COURT  
By_____  
Deputy Clerk