AO 455 (Rev. 5/85) Waiver of Indictment

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FILED
SEP 2 4 2004
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEP

UNITED STATES OF AMERICA

v.

KENNETH LANDRY

WAIVER OF INDICTMENT

'04 CR 2406 IEG

CASE NUMBER:

I, KENNETH LANDRY, the above named defendant, who is accused of Title 18, U.S.C., Sec. 1341 - Mail Fraud; advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on _____, 2004, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
KENNETH LANDRY
Defendant

_____
Robert N. Launie
Counsel for Defendant

Before: _____
JUDICIAL OFFICER

I hereby attest and certify on 11/18/05
the foregoing document is a
full, true and correct copy of
the original on file in my office
and in my legal custody.
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy

2