## ORIGINAL


FILED
SEP 2 4 2004
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

04CR2406 IEG

| UNITED STATES OF AMERICA, | ) | Criminal Case No. _____ |
|---|---|---|
| Plaintiff, | ) | I N F O R M A T I O N |
| v. | ) | Title 18, U.S.C., Sec. 1341 - Mail Fraud. |
| KENNETH LANDRY, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

### COUNT 1

On or about September, 2000, within the Southern District of California, and elsewhere, defendant KENNETH LANDRY, having devised a scheme and artifice to defraud and for obtaining money by means of false and fraudulent pretenses, representations, and promises that the signatures on the and celebrity memorabilia offered for sale by the defendant were genuine, did knowingly deposit and cause to be deposited in the mail or private commercial interstate carrier, mail matter, to wit: photographs purportedly autographed


I hereby attest and certify on 11/18/05
That ___ ing document is a ___
___ ___ on file in my ___
CLERK

1

1 | by Wilt Chamberlain and Walter Payton, for purposes of executing
2 | such scheme and artifice, in violation of 18 U.S.C. §1341.
3 | DATED: September 10, 2004.

CAROL C. LAM
United States Attorney

*[signature]*

GEORGE D. HARDY
Assistant U.S. Attorney

2