```
                                                           TERMED
                    U.S. District Court
          Southern District of California (San Diego)

          CRIMINAL DOCKET FOR CASE #: 04-CR-2406-ALL

USA v. Landry                                       Filed: 09/24/04
Dkt # in 0101

Case Assigned to:  Judge Irma E Gonzalez

KENNETH LANDRY (1)              No Attorney
     defendant                   [term  09/24/04]
  [term  09/24/04]              [COR LD NTC]
                                United States District Court
                                Southern District of California
                                880 Front Street
                                Suite 4290
                                San Diego, CA 92101
                                (619)557-5600


Pending Counts:

   NONE


Terminated Counts:              Disposition

18:1341 - Mail Fraud            Count dismissed. Case
(1)                             transferred to District of
                                Massachusetts.
                                (1)


Offense Level (disposition): 4



Complaints:

   NONE


U. S. Attorneys:
```



```
  U S Attorney CR
  (619)557-5917
  [COR LD NTC]
  U S Attorneys Office Southern
  District of California
  Criminal Division
  880 Front Street
```

Docket as of November 18, 2005 9:21 am                   Page 1

Proceedings include all events.                                              TERMED
3:04cr2406-ALL USA v. Landry

   Room 6293
   San Diego, CA 92101
   (619)557-5610

```
Proceedings include all events.                                TERMED
3:04cr2406-ALL USA v. Landry

9/24/04   1       INFORMATION by USA.  Kenneth Landry (1) count(s) 1 (jah)
                  [Entry date 09/27/04]

9/24/04   2       WAIVER of Indictment by defendant Kenneth Landry (jah)
                  [Entry date 09/27/04]

9/24/04   3       RULE 20 Consent to Transfer Jurisdiction to District of
                  Massachusetts as to Kenneth Landry; Statistically closing
                  count(s) for Kenneth Landry (1) count(s) 1. Count dismissed.
                  Case transferred to District of Masschusetts; Terminating
                  party Kenneth Landry; Case terminated; Rule 20 Transfer
                  Letter prepared; Document package mailed (jah)
                  [Entry date 09/27/04]

10/21/04  4       Acknowledgment of Receipt as to Kenneth Landry for Rule 20
                  Transfer to the District of MA, 04cr10313 PBS (jah)
                  [Entry date 10/22/04]
```