UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

CRIMINAL ACTION
NO.  04-10313-PBS

v.

KENNETH LANDRY

## NOTICE OF INITIAL PRETRIAL CONFERENCE

SARIS, U.S.D.J.                                                                                November 22, 2005

    TAKE NOTICE that the above-entitled case has been set for an Initial Pretrial Conference on **December 1, 2005**, at **4:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

By the Court,

/s/ Robert C. Alba
Deputy Clerk

Copies to:  All Counsel