# UNITED STATES DISTRICT COURT
## FOR THE
# DISTRICT OF MASSACHUSETTS

In Open Court
USDC, Mass.
Date __12-14-05__
By _____

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **Criminal No. 04-10313-PBS** |
| ) | |
| **KENNETH LANDRY** ) | |

### WAIVER OF INDICTMENT

I, KENNETH LANDRY, the above-named defendant, who is accused of mail fraud by devising a scheme to defraud during which the U.S. mail and/or private commercial interstate carriers were used to transmit items, on or about September of 2000, in the Southern District of California, in violation of 18 U.S.C. §1341, being advised of the nature of the charge, the proposed information, and my rights, hereby waive in open court on December 14th, 2005,

prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Counsel for the Defendant

Before:    _____
U.S. District Court Judge