## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| V. | ) ) | No. 1:04-cr-10313 |
| KENNETH LANDRY | ) ) ) | |

## DEFENDANT KENNETH LANDRY'S MOTION FOR THE RETURN OF PERSONAL PROPERTY

Now comes the Defendant, Kenneth Landry, and respectfully requests that this Honorable Court order certain personal property returned to him.

On March 18, 2002 the FBI seized certain personal property from Mr. Landry's home at 12 Garrett Drive, Norton, Massachusetts. A copy of the FBI inventory list is attached.

Mr. Landry requests the return of this property, which is being held by the FBI in Lakeville, MA. The seized property includes Mr. Landry's passport.

As is evident from the indictment and the sentencing colloquy, it is not alleged that any of the sports memorabilia seized is forged. The allegations of forged memorabilia pertained only to non-sports entertainment figures. Some of the sports memorabilia was collected by Mr. Landry in his childhood and has sentimental value.

Respectfully submitted,
Kenneth Landry,
By His Attorney,

/s/_____
Robert N. Launie, Esq.
LAUNIE & MARINO, P.A.
1200 East Street
Westwood, MA 02090
BBO#548826