**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**
Receipt for Property Received/Returned/Released/Seized

On (date) 3-18-02

(Name) KENNETH LANDRY

(Location) 12 GARRETT DRIVE, NORTON, MASSACHUSETTS

Item(s) listed below were:
☒ Received From
☐ Returned To
☐ Released To
☐ Seized

| ITEM# | DESCRIPTION |
|---|---|
| 1 | THREE AUTOGRAPHED FRAMED PHOTOS |
| 2 | SEVENTEEN FLOPPY DISKS |
| 3 | MISCELLANEOUS PAPERWORK, PAYSTUBS, RECEIPTS |
| 4 | FOUR AUTOGRAPHED FRAMED PHOTOGRAPHS/PRINTS |
| 5 | EIGHT FRAMED AUTOGRAPHED SPORTS PHOTOGRAPHS |
| 6 | FOUR FRAMED AUTOGRAPHED SPORTS PHOTOGRAPHS |
| 7 | BOSTON ALL STAR GAME PHOTOGRAPH FROM 1999 |
| 8 | BLACK COMPUTER BAG CONTAINING ONE DELL INSPIRON 4000 LAPTOP MODEL NUMBER PP01L, SERIAL NUMBER 0791UICA0TW, ONE POWER CORD, MODEL NUMBER AA20031, DELL SERIAL NUMBER CN-89364U-16291-15M-05DV, ONE YELLOW NOTE BAG, AND THREE CD ROM DISKS |
| 9 | ONE CHECK REGISTER FOR CHECK BOOK FOR LANDRY'S AT FLEET BANK, BURLINGTON, MA |
| 10 | TRICERATOPS REPRODUCTION |
| 11 | THREE RECEIPTS FROM WALMART, PAPARAZZI, PALM BEACH SPORTS IMAGES, INC |
| 12 | SIX FLEET BANK RECEIPTS |
| 13 | ONE ENVELOPE TO LANDRY, POB 628 FROM DENONCOUR TAMPA FLORIDA WITH ADDITION ON BACK. |
| 14 | TWO BUSINESS CARDS, SPORTS ACTION AND SPORTS IMAGES. |
| 15 | ONE BLACK BINDER "NON-SPORT" WITH CELEBRITY PHOTOS; ONE BLUE BINDER "WIRING DEVICES" WITH PHOTOS OF SPORTS CELEBRITYS AT SIGNINGS; ONE RED BINDER "HRS" WITH INDEX CARDS WITH SIGNATURES AND PHOTOS; TWO BLACK BINDERS "TOP DOG" HOCKEY COLLECTOR SERIES WITH SIGNED HOCKEY PHOTOS; ONE GRAY BINDER "BREVAN ELECTRONICS" WITH INDEX CARDS WITH SIGNATURES ASSORTED GOLF MEMORABILIA |
| 16 | BINDER WITH SIGNED PHOTOS, HYGRADE BASEBALL CARD COLLECTION, KODAK PROFESSIONAL PAPER WITH SIGNED HOCKEY PHOTOS AND NUMBERS, FOOTBALL PHOTOS, TWO SEALED BOXES WITH WCW TRADING CARDS, BLK BINDER "GOLF COLLECTION" WITH ASSORTED GOLF PHOTOS, WHITE BAG CONTAINING "DALLAS SEMICONDUCTOR" WITH TRADING CARD JACKETS, HOLDERS AND MARKERS, BLUE GROCERY BAG WITH ASSORTED GOLF BALLS AND BALL CARTONS |
| 17 | FRAMED GOLF PHOTO IN PRIORITY MAILBOX, CARD BOARD BOX WITH UPS LABEL CONTAINING ASSORTED SPORTS PHOTOS; PRIORITY MAIL FOLDER WITH ASSORTED SIGNED GOLF FLAGS; FIVE BRUINS HOCKEY PUCKS IN CASES SIGNED TERRY O'REILLY #24; ONE BLUE "ULTRA PRO NON SPORT" WITH ASSORTED SPORTS PHOTOS |
| 18 | ONE WHITE BOXES CONTAINING FINANCIAL RECORDS |

| ITEM# | DESCRIPTION |
|---|---|
| 19 | ONE WHITE BINDER WITH ASSORTED PHOTOS; ONE EVIDENCE BAG W/ASSORTED SIGNED AND UNSIGNED PHOTOS, BAG OF ASSORTED PENS AND MARKERS; BAG OF MISCELLANEOUS DOCUMENTS- CERTIFICATES OF AUTHENTICITY, INVOICES, FRAMING BROCHURES. |
|  | POSTAL AND MISCELLANEOUS RECEIPTS, BASEBALL CARDS, AA BOARDING PASS TO LA, BLUE SHARPIE PENS |
| 21 | MULTILABLE LAMINATED AND UNLAMINATED AUTOGRAPHED PICTURES OF TERRY OREILLY. MISCELLANEOUS SPORTS ADVERTISMENTS AND SPORTS PHOTOS WHOLESALE INFORMATION |
| 22 | MISCELLANEOUS PAPERS/NOTES, BUSINESS CARDS, BASEBALL CARDS, SHARPIE PENS (2-BLUE) AND RECEIPTS. |
| 23 | MISCELLANEOUS SPORTS CARDS AND TRICKETS, BLUE SHARPIE PEN, NOTES, WAGE STATEMENTS, CREDIT CARD BILL, INTERNET INFORMATION ON OBTAINING AUTOGRAPHS, BANK STATEMENTS, ETC. |
| 24 | ONE LAMINATED AUTOGRAPHED PICTURE OF TERRY OREILLY |
| 25 | ONE WHITE BOX CONTAINING FINANCIAL RECORDS. |
| 26 | SPORTS MAGAZINES, CUSTOMER LISTS AND INTERNET INFORMATION REFERENCE OBTAINING AUTOGRAPHS |
| 27 | ONE FLEET BANK RECEIPT AND TWO PAGES FROM MCI WORLD COM PHONE BILL. |
| 28 | PASSPORT FOR KENNETH LANDRY #102622826. |
| 29 | TWO POSTAL RECEIPTS AND ONE DUTY FREE.COM RECEIPT. |
| 30 | MISCELLANEOUS SPORTS CARDS |
| 31 | MISCELLANEOUS SPORTS CARDS |
|  | MISCELLANEOUS SPORTS CARDS |
| 33 | MISCELLANEOUS SPORTS CARDS |
| 34 | MISCELLANEOUS SPORTS CARDS |
| 35 | MISCELLANEOUS SPORTS CARDS |
| 36 | MISCELLANEOUS SPORTS CARDS |
| 37 | MISCELLANEOUS SPORTS CARDS |
| 38 | MISCELLANEOUS SPORTS CARDS |
| 39 | MISCELLANEOUS SPORTS CARDS |
| 40 | MISCELLANEOUS SPORTS CARDS |
| 41 | MISCELLANEOUS SPORTS CARDS |
| 42 | MISCELLANEOUS SPORTS CARDS |
| 43 | MISCELLANEOUS SPORTS CARDS |

| ITEM# | DESCRIPTION |
|---|---|
| 44 | MISCELLANEOUS SPORTS CARDS |
|  | MISCELLANEOUS SPORTS CARDS |
| 46 | MISCELLANEOUS SPORTS CARDS |
| 47 | MISCELLANEOUS SPORTS CARDS |
| 48 | MISCELLANEOUS SPORTS CARDS |
| 49 | MISCELLANEOUS SPORTS CARDS |
| 50 | MISCELLANEOUS SPORTS CARDS |
| 51 | MISCELLANEOUS SPORTS CARDS |
| 52 | MISCELLANEOUS SPORTS CARDS |
| 53 | MISCELLANEOUS SPORTS CARDS |
| 54 | MISCELLANEOUS SPORTS CARDS |
| 55 | MISCELLANEOUS SPORTS CARDS |
| 56 | MISCELLANEOUS SPORTS CARDS |
|  | MISCELLANEOUS SPORTS CARDS |
| 58 | MISCELLANEOUS SPORTS CARDS |
| 59 | MISCELLANEOUS SPORTS CARDS |
| 60 | MISCELLANEOUS SPORTS CARDS |
| 61 | MISCELLANEOUS SPORTS CARDS |
| 62 | MISCELLANEOUS SPORTS CARDS |
| 63 | MISCELLANEOUS SPORTS CARDS |
| 64 | MISCELLANEOUS SPORTS CARDS |
| 65 | MISCELLANEOUS SPORTS CARDS |
| 66 | BLACK CRATE CONTAINING HARD PLASTIC CARD HOLDERS/STANDS FOR SPORTS CARDS |
| 67 | BAG OF PENS AND MARKERS |
| 68 | FIVE "UPPER DECK AUTHENTICATED SPORT COLLECTIBLE" PLAQUES; ONE TRAY OF SPORT TRADING CARDS; TWO TRI-CARD CASE W/GOLF CARDS; ONE BOX OF BLANK CERTIFICATES OF AUTHENTICITY PGA COLLECTIBLES; SIX SPORTS ACTION FIGURES IN CASES; ONE BOX OF CUSTOM PAPER; ONE SIGNED "REMO DRUMHEAD" |
|  | ONE MANILA FOLDER "MONIE MARKET"; ASSORTED SPORTS MAGAZINES IN PLASTIC FOLDERS; PLASTIC BOX W/ASSORTED MEMORABILIA. |

| ITEM | DESCRIPTION |
|---|---|
| 70 | MISCELLANEOUS SPORTS ITEMS |
|  | PHOTOGRAPHS |
| 72 | SPORTS BEANIE BABIES |
| 73 | MISCELLANEOUS SPORTS MEMORABLIA |
| 74 | CARDS AND COVERS |
| 75 | SALES RECEIPTS |
| 76 | SPORTS MAGAZINES |
| 77 | SPORTS CARDS |
| 78 | MISCELLANEOUS SPORTS MEMORABLIA |
| 79 | FINANCIAL DOCUMENTS AND MISCELLANEOUS NOTES |
| 80 | SPORTS CARDS |
| 81 | MISCELLANEOUS SPORTS PAPERS |
| 82 | PLASTIC SPORTS CARD CASES |
| 83 | SPORTS PHOTOGRAPHS |
| 84 | SPORTS CARDS |
| 85 | CARD HOLDERS AND PHOTOGRAPHS |
| 86 | ONE NOTEBOOK WITH NAMES AND MISCELLANEOUS PAPERS |
| 87 | SPORTS PARAPHENALIA |
| 88 | BOX OF MAGAZINES |
| 89 | ELEVEN SIGNED SPORTS JERSEYS; SEVEN SIGNED HATS; ONE BOX OF FLUTIE FLAKES; ONE 50TH NHL ALL-STAR GAME BAG; ONE SIGNED BASKETBALL. |
| 90 | TWENTY-SIX HOCKEY PUCKS IN CASES; TWENTY-ONE HOCKEY PUCKS LOOSE; ONE BOX OF GOLF BALL HOLDERS; SIX FULL BOXES OF SIGNED GOLF BALLS; ONE PARTIAL BOX OF SIGNED GOLF BALLS; ONE SMALL BOX OF TWO SIGNED GOLF BALLS; ONE EMPTY GOLF BALL CASE. |
| 91 | ONE BOX "KODAK" WITH HOCKEY PHOTOS, ASSORTED MAGAZINES AND PHOTOS; SIGNED HOCKEY STICK AND BLADE; ONE MINITURE SIGNED BATTING HELMET; ASSORTED SIGNED POST CARDS. |
| 92 | FOUR CHECKS FOR LANDRY FROM CHARLES L. MACE; FROM KRISTIZNE S. SCHMIDT; MONEY ORDER FROM FIDELITY EXPRESS; MONEY ORDER FOR TRAVELERS EXPRESS. |
| 93 | THREE HOCKEY PUCKS; TWELEVE SIGNED BASEBALLS; FIVE UNSIGNED BASEBALLS; ASSORTED TRADING CARDS; ASSORTED SIGNED MAGAZINES IN PLASTIC COVERS. |
| 94 | SPORTS CARDS |

| ITEM# | DESCRIPTION |
|---|---|
| 95 | POSTERS IN USPS BOX |
| 96 | TELEPHONE INVOICES AND RECEIPTS |
| 97 | BUSINESS DOCUMENTS AND TRAVEL DOCUMENTS |
| 98 | BOOK OF SPORTS MEMORABLIA, RELATED BUSINESS CARDS |
| 99 | ONE IBM THINK-PAD COMPUTER W/ ADAPTERS, SERIAL ADAPTERS 97-G4FP5 |
| 100 | COLLECTOR/TRADING CARDS SIGNED AND UNSIGNED |
| 101 | FINACIAL DOCUMENTS |
| 102 | TEXAS INSTRUMENTS EXTENSA LAPTOP MODEL 616, SERIAL NUMBER 240737505FO. |
| 103 | IBM THINK PAD LAPTOP, SERIAL NUMBER 23-CYB75 |
| 104 | MISCELLANEOUS INVOICES AND RECEIPTS |
| 105 | FINANCIAL RECORDS INCLUDING PAY STUBS, CREDIT CARD STATEMENTS, BANK STATEMENTS, PHONE RECORDS, INVESTMENT STATEMENTS, ETC. |
| 106 | SPORTS PHOTOS |
| 107 | TWELVE CYLINDER MAILERS WITH ASSORTED POSTERS/MEMORABLIA |
| 108 | HANDWRITTEN PRODUCT LIST, CHRISTMAS SALE LIST, MEMORABLIA LIST, BROWN FOLIO W/ASSORTED DOCUMENTS |
| 109 | MISCELLANEOUS DOCUMENTS, CERTIFICATES OF AUTHENTICITY, PHOTOGRAPHS, BASEBALL CARDS, SPORTS TICKETS, MATCH BOXES, LABELS, PRICE LISTS, MISCELLANEOUS CORRESPONDENCE. |
| 110 | MISCELLANEOUS PICTURES/MAGAZINES, CERTIFICATES OF AUTHENTICITY, TWO JERSEYS |
| 111 | SEVEN FRAMED PHOTOS; ASSORTED LAMINATED PHOTOS |
| 112 | FOUR PICTURES |
| 113 | THREE GOLF CLUBS; ONE BASE BALL BAT |
| ★ 114 | 1- DELL LAPTOP, DS/N TW-09C748-12800-17E-2693, MODEL PP01L, REF# 99123, IC CLASS BICES-003, DELL LBLP/N 9D61-A00 /'/ LAPTOP CASE |

(END OF LIST)                                 Total of 114 Item(s) Listed

Received by: _____ (Signature)       Received from: _____ (Signature)